ACCEPTED
14-14-00468-CV
FILED
FOURTEENTH COURT OF APPEALS
15-0672
HOUSTON, TEXAS
11/5/2015 10:52:24 AM
11/5/2015 11:20:04 AM
tex-7696637
CHRISTOPHER PRINE
SUPREME COURT OF TEXAS
CLERK
BLAKE A. HAWTHORNE, CLERK

**CAUSE NO. 15-0672**

_____

IN THE SUPREME COURT OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

11/5/2015 11:20:04 AM

CHRISTOPHER A. PRINE
Clerk

_____

DEXTER EVANS
*Petitioner*,

v.

EDGAR LINARES AND CLAUDIA BONILLA
*Respondents*.

_____

On Petition for Review from Cause No. 14-14-00468-CV in the
Court of Appeals for the Fourteenth District of Texas;
Trial Court Cause No. 1045345 in the County Civil Court at Law No. 1 for
Harris County, Texas

_____

**NOTICE OF APPEARANCE OF COUNSEL**

_____

TO THE HONORABLE SUPREME COURT OF TEXAS:

Anthony Arguijo of the law firm of Scott Douglass & McConnico, LLP hereby makes his appearance as counsel for Petitioner Dexter Evans. Mr. Arguijo may be contacted through the address, e-mail, and telephone numbers listed below.

Respectfully submitted,

SCOTT DOUGLASS & McCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300
(512) 495-6399 Fax

1259249

By /s/ Anthony Arguijo
Anthony Arguijo
State Bar No. 24079781
aarguijo@scottdoug.com

COUNSEL FOR PETITIONER
DEXTER EVANS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon the following counsel of record via e-service and regular mail on November 5, 2015.

Ralph R. Martinez
2900 Woodridge, Suite 306
Houston, Texas 77087

/s/ Anthony Arguijo
Anthony Arguijo

2

1259249